No. 3147.—COSTAS, APLTE., *v.* NORIEGA, APDO.—C. D. Arecibo. Nulidad de procedimiento ejecutivo. Mayo 31, 1924.

Denegada la reconsideración solicitada por no haberse demostrado que sea erróneo el criterio sostenido por el tribunal en la decisión del caso.